FILED
JAN 14 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Magistrate Case No.: **'09 MJ 8030**
                  Plaintiff, )
                        ) COMPLAINT FOR VIOLATION OF
       v.               )
                        ) 21 U.S.C. § 952 and 960
David URIBE, Jr. (1) ) Importation of a Controlled Substance
Jose HERNANDEZ III (2) ) (Felony)
                  Defendants. )

The undersigned complainant being duly sworn states:

On or about January 13, 2009, within the Southern District of California, defendants David URIBE Jr, and Jose HERNANDEZ III did knowingly and intentionally import approximately 26.58 kilograms (58.476 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Félix J. Castaneda
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 14TH DAY OF JANUARY 2009.

_____
HON. WILLIAM McCURINE, JR.
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
       v.
David URIBE Jr (1)
Jose HERNANDEZ III (2)

STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U. S. Immigration and Customs Enforcement Special Agent Felix Castaneda.

On January 13, 2009, at approximately 1325 hours, David URIBE Jr, and Jose HERNANDEZ III applied for entry into the United States at the Calexico, California, West port of entry via lane #4 manned by Customs and Border Protection Officer (CBPO) J. Cruz. URIBE was the driver and registered owner of the vehicle and HERNANDEZ was the passenger.

URIBE gave CBPO Cruz, a negative oral Customs declaration and stated the vehicle belonged to him and was headed home to Coachella, CA. CBPO Cruz conducted an inspection of the vehicle and opted to refer URIBE, HERNANDEZ, and the vehicle to secondary for further inspection.

CBPO J. Lizarraga encountered the vehicle in the secondary inspection area. URIBE and HERNANDEZ gave CBPO Lizarraga a negative oral customs declaration. While CBPO Lizarraga was questioning URIBE and HERNANDEZ, Canine Enforcement Officer (CEO) Barela was conducting a lot sweep with his assigned Human Narcotic Detection Dog (HNDD) to screen vehicles. CEO Barela

observed his HNDD alert to the driver's side tire well of a 2003 Dodge Durango. CEO Barela notified CBPO Lizarraga of the alert.

A subsequent inspection of the vehicle revealed 50 packages concealed in the spare tire and fuel tank. A package was probed extracting a green leafy substance which field tested positive for the presence of marijuana. The 50 packages had a combined net weight of approximately 26.58 kilograms (58.476 pounds) of marijuana.

Agents Castaneda and Hugo Leon advised URIBE, and HERNANDEZ of their rights per Miranda. URIBE, and HERNANDEZ stated they understood their rights and were willing to answer questions without the presence of an attorney.

URIBE stated he knew the vehicle contained marijuana. URIBE stated he was hired to drive the vehicle into the United States and was going to be paid $2000.00 for smuggling the marijuana into the United States.

HERNANDEZ stated he knew the vehicle contained marijuana. HERNANDEZ stated he was asked by URIBE to accompany him and he would pay him $100.00 US to be a passenger.